

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Kennie Lewis Cook, Jr., Appellant

No. 06-20-00003-CR       v.

The State of Texas, Appellee

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 2019F00102). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the clerk's bill of costs and the trial court's judgment by deleting the duplicative court costs of $401.00. As modified, the judgment of the trial court is affirmed.

We further order that the appellant Kennie Lewis Cook, Jr., pay all costs of this appeal.

RENDERED MARCH 10, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk